UNITES STATES DISTRICT COURT

RAUL ROSA
    Petitioner

V.

JOSEPH McDONOUGH, SHERIFF
And
DEPARTMENT OF HOMELAND SECURITY
    Respondents

PETITIONER'S MOTION FOR STAY OF REMOVAL FROM UNITED STATES
AND MOTION FOR RELEASE FROM CUSTODY

Now comes the petitioner Raul Rosa and hereby moves for a stay of his removal from the United States of America and for his immediate release from custody for the reason stated in the accompanying memorandum.

RAUL ROSA,
By his attorney,

John Himmelstein
929 Massachusetts Avenue
Level 01
Cambridge, MA 02139
(617) 868-2533
BBO# 547275