UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL ROSA, | ) |
|       Petitioner, | ) |
| v. | ) C.A. No. 04-12660-DPW |
| JOSEPH McDONOUGH, SHERIFF AND DEPARTMENT OF HOMELAND SECURITY, | ) |
|       Respondents. | ) |

O R D E R

Woodlock, D. J.

On December 20, 2004, petitioner Raul Rosa, filed a Motion for Stay of Removal and a Memorandum in support. The matter has been opened in this Court as a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Joseph McDonough AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

(2) The Respondent shall file an answer or other responsive pleading within 28 days of receipt of the petition; and

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
| December 23, 2004 | /s/ Douglas P. Woodlock |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)                                                                        [2241serv.]