UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAUL ROSA, )<br>)<br>       Petitioner )<br>)<br>   v. )<br>)<br>JOSEPH MCDONOUGH, ET AL. )<br>)<br>       Respondent[1] ) | Civil Action No.<br>04cv12660-DPW |

## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. Rules 12(b)(1) and (6) for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   s/Frank Crowley
       FRANK CROWLEY
       Special Assistant U.S. Attorney
       Department of Homeland Security
       P.O. Box 8728
       J.F.K. Station
       Boston, MA 02114
       (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on January 14, 2005.

<div style="margin-left: 40%;">
s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
</div>