```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

RAUL ROSA,                      )
                                )
           Petitioner           )
                                )         Civil Action No.
     v.                         )         04cv12660-DPW
                                )
JOSEPH MCDONOUGH, ET AL.        )
                                )
           Respondent[1]        )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 4, 2005**.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on January 21, 2005.

        s/Frank Crowley
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114