**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Joseph McDonough
    P.C.C.F.
    26 Long Pond Road
    Plymouth, MA
    02360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Detro_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Joseph Detro

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0006 0588 5739

Domestic Return Receipt                          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

SCANNED
DATE: 1/5/05
BY: RN

04- [barcode]  Rosa v DHS