UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
RAUL ROSA,                       )
                                 )
         Petitioner              )
                                 )     Civil Action No.
     v.                          )     04cv12660-DPW
                                 )
JOSEPH MCDONOUGH, ET AL.         )
                                 )
         Respondent¹             )
```

RESPONDENT'S AMENDED NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 18, 2005**. This is a change from the initially scheduled removal date, which was February 4, 2005. The date change was necessitated by a failure of the concerned foreign consulate to deliver travel documents for the February 4, 2005, removal date.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: <u>s/Frank Crowley</u>
    FRANK CROWLEY
    Special Assistant U.S. Attorney
    Department of Homeland Security
    P.O. Box 8728
    J.F.K. Station
    Boston, MA 02114
    (617) 565-2415

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on February 3, 2005.

<u>s/Frank Crowley</u>
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

---

United States in a suit pending in a court of the United States").