UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RAUL ROSA,
    Petitioner

V.

JOSEPH MCDONOUGH, ET AL.
    Respondents

CIVIL ACTION NO.
04-12260-DPW

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Ruling on February 7, 2005 Allowing the Motion to dismiss filed by the respondents, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

Dated: February 7, 2005

/s/ Michelle Rynne
Deputy Clerk